UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

    ANGEL L MUNIZ VARGAS
    EVELYN GONZALEZ VALENTIN

Debtor(s)

CASE NO.   08-08827-EAG

CHAPTER 13

MOTION ON DEBTOR'S NEW ADDRESS

TO THE HONORABLE COURT:

   COMES NOW Alejandro Oliveras Rivera, Chapter 13 trustee in the instant case and very respectfully

ALLEGE, STATES and PRAYS:

   1. Debtor(s) has(ve) adviced us in writing that his/her/their new mailing address, is the following:

      HC 01 BOX 14154
      COAMO, PR  00769

   WHEREFORE it is prayed for this honorable Court to note the above.

   I HEREBY CERTIFY that a true and exact copy of the present motion was sent via electronic to debtor(s) attorney.

   At San Juan, Puerto Rico this, 01/14/2014.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521
CAC - AB